

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00236-CV

| | | |
|---|---|---|
| In re G.P. and D.P. | § | Original Proceeding |
| | § | From the 431st District Court |
| | § | of Denton County (2011-71127-431) |
| | § | August 17, 2016 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and is of the opinion that relief should be granted. We conditionally grant relators' petition for writ of mandamus and order respondent to hold a hearing and rule on relators' Amended Second Motion to Modify Temporary Orders within thirty days. A writ will issue only if respondent fails to comply.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
    Chief Justice Terrie Livingston